IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS K. ROGERS,
    Petitioner,

vs.                                    Case No.:  3:10cv463/LAC/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action on November 5, 2010, by filing a habeas petition under 28 U.S.C. § 2254 (doc. 1).  On July 6, 2011, Respondent filed a motion to dismiss the petition due to Petitioner's abandonment of the case, as evidenced by his failure, upon his release from the Florida Department of Corrections, to provide the court and Respondent with a current mailing address, and the fact that several documents sent to Petitioner by Respondent and the court at Petitioner's address of record were returned as undeliverable (*see* doc. 32).  On July 11, 2011, the court directed Petitioner to file a response to the motion to dismiss within thirty (30) days (doc. 33).  The copy of the order mailed to Petitioner was returned as undeliverable (doc. 34).  On October 14, 2011, the court entered an order giving Petitioner fourteen (14) days in which to notify the court of his continued interest in this case (doc. 37).  The copy of the order mailed to Petitioner was again returned undeliverable (doc. 38).  On November 4, 2011, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 39).  The time for compliance with the show cause order has now elapsed with no response from Petitioner; nor has the court been notified that Petitioner did not receive a copy of that order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this  1st  day of December 2011.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).